# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LESLIE ANTHONY, AARON HENDERSON, ANGELA VALCARCEL, and CHAVONNE WIMBERLY,<br><br>        Plaintiffs,<br><br>v.<br><br>ENVOY AIR INC.<br><br>        Defendant. | Case No. 5:17-CV-10212-JEL-RSW<br><br>Honorable Judith E. Levy<br>Magistrate Judge R. Steven Whalen |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to the relief set forth herein and the Court being fully advised:

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with all parties bearing their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 9, 2018
      Ann Arbor, MI

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

THE UNDERSIGNED HEREBY STIPULATE
TO THE ENTRY OF THIS ORDER:

| **MILLER COHEN, P.L.C.** | **HONIGMAN MILLER SCHWARTZ AND COHN LLP** |
|---|---|
| By: */s/ Keith D. Flynn (w/consent)* | By: */s/ Matthew G. Mrkonic* |
| Bruce A. Miller, Bar No. P17746<br>Keith D. Flynn, Bar No. P74192<br>Adam C. Graham, Bar No. P79361<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226-0840<br>Tel: 313-964-4454<br>Fax: 313-964-4490<br>kflynn@millercohen.com<br>brucemiller@millercohen.com<br>agraham@millercohen.com<br><br>*Attorneys for Plaintiffs* | Matthew G. Mrkonic, Bar No. P79406<br>Robert J. Muchnick, Bar No. P62369<br>600 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226<br>Tel: 313-465-7614<br>Fax: 313-465-7615<br>mmrkonic@honigman.com<br>rmuchnick@honigman.com<br><br>**O'MELVENY & MYERS LLP**<br><br>Mark W. Robertson<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br>mrobertson@omm.com<br><br>*Attorneys for Defendant Envoy Air, Inc.* |